

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center
555 Fourth St., N.W.
Washington, D.C.  20530*

August 18, 2021

**By e-mail**

Matthew Lemke, Esq.
Matthew_Lemke@fd.org

        Re:    *Ricky C. Willden*
                *Preliminary Discovery for Case Number 21-cr-423*

Dear Counsel:

I have uploaded preliminary discovery to USAfx. As we receive and review additional discovery, it will be uploaded to USAfx. When our investigation and review is complete, I will provide a more formal, bates stamped production which will include items such as serialized 302s and responsive search warrants returns.

For now, I have included below most (if not all) of the warrant affidavits we have sought thus far so that you have an idea of the universe of discovery. Because the search warrant returns belong to your client, you will receive a full copy.

To protect identities and privacy, I have redacted the following: day and month of birthdays, street addresses, names of witnesses and tipsters.

Additionally, where the documents involve sensitive internal FBI databases, such as documentation involving "TTK" and/or "FACES" (facial recognition) searches, I have marked those items "highly sensitive" (**HS**).

If you have any questions, issues, or concerns with how I've marked (or not marked) documents, please let me know and I'm happy to revisit.

**On or about August 18, 2021, the following items were uploaded to USAfx:**

| Facebook Search Warrant | Search Warrant, Application, and Affidavit (48 pages) Sealing Order (11 pages) |

**On or about August 16, 2021, the following items were uploaded to USAfx:**

| | |
|---|---|
| Serial 37 | Surveillance (2 pages) |
| Serial 38 | Employment records request (1 page) |
| Serial 39 | Surveillance (4 pages) |
| | Attachments: Written notes (2 pages) Two .zip files of photos (59 total) |
| Serial 40 | TTK Tip (2 pages) **[HS]** |
| | Attachment: TTK report (4 pages) **[HS]** |
| Serial 41 | Facebook preservation request (1 page) |
| | Attachment: Email of response |
| Serial 44 | Surveillance (1 page) |
| Serial 45 | Witness interview (1 page) |
| | Attachment: PowerPoint of Photos (6 slides) |
| Serial 46 | Witness interview (1 page) |
| | Attachments: Two PDF documents with embedded photos (6 pages) |
| Serial 47 | Facebook warrant executed (1 page) |
| Serial 48 | Police called (1 page) |

| | |
|---|---|
| Serial 49 | Facebook records received (1 page) |
| Serial 51 | Surveillance (1 page) |
| Serial 52 | Surveillance (2 pages) |
| | Attachments:<br>Photos (7)<br>Written Notes (1 page) |
| Serial 53 | Surveillance (2 pages) |
| | Attachments:<br>Written Notes (1 page) |
| Serial 54 | Anonymous tip (1 page) |
| Serial 55 | Criminal history check (1 page) |
| | Attachment:<br>Criminal history (22 pages) |
| Serial 57 | Review of A.W. Facebook Account (1 page) |
| | Attachments:<br>Facebook Account – PDF (123 pages)<br>Videos (5)<br>Photos (14) |
| Serial 58 | Review of Willden Facebook Account (1 page) |
| | Attachments:<br>Facebook Account – PDF (54 pages)<br>Photo (1) |
| Serial 59 | Surveillance (1 page) |
| Serial 60 | Criminal history checks (1 page) |
| | Attachments:<br>A.W. Criminal History (9 pages)<br>C.W. Criminal History (6 pages) |
| Serial 61 | Surveillance (1 page) |

| | |
|---|---|
| Serial 62 | Surveillance (1 page) |
| | Attachment:<br>Written notes (1 page) |
| Serial 65 | Preservation letter to Instagram (1 page) |
| Serial 67 | Surveillance (2 pages) |
| | Attachment:<br>Written notes (1 page) |
| Serial 68 | Surveillance (2 pages) |
| | Attachment:<br>Written notes (1 page) |
| Serial 69 | Surveillance (1 page) |
| | Attachments:<br>Photos (25) |
| Serial 70 | Police reports (1 page) |
| | Attachment:<br>Police reports (40 pages) |
| Serial 71 | Surveillance (1 page) |
| Serial 72 | R41 Search Warrants obtained (2 pages) |
| Serial 73 | Surveillance (1 page) |
| Serial 74 | Arrest Warrant obtained (4 pages) |
| | Attachments:<br>Arrest warrant (2 pages), criminal history (25 pages), and entry into NCIC (1 page) |
| Serial 75 | Search warrants executed (4 pages) |
| Serial 76 | Processing and booking (1 page) |

|  | Attachments:<br>Fresno (1 page) and USM booking form (1 page) |
|---|---|
| Serial 77 | Arrest warrant removal from NCIC (1 page) |
|  | Attachment:<br>Removal documentation (1 page) |
| Serial 78 | Surveillance (1 page) |
| Serial 79 | Arrest warrant executed (2 pages) |
|  | Attachments:<br>Receipt for property (1 page), sketch (1 page), evidence recovery log (2 pages), photos (134), protective order (2 pages) |
| Serial 80 | Phone examination (3 pages) |
| Serial 81 | Interview (1 page) |

**On or about August 4, 2021, the following items were uploaded to USAfx:**

| Serial (GJ) 1 | Opening subfile (1 page) |
|---|---|
| Serial (GJ) 2 | Subpoena to GiveSendGo (2 pages) |
|  | Attachments:<br>Certified mail receipt<br>NDO and Subpoena |
| Serial (GJ) 3 | Subpoena for Instagram and Facebook (1 page) |
|  | Attachments:<br>NDO and Subpoena<br>Facebook Response |
| Serial (GJ) 4 | Subpoena for Google (1 page) |
|  | Attachments:<br>NDO and Subpoena<br>Google Response |

| | |
|---|---|
| Serial (GJ) 5 | Subpoena for XXX-XXX-6750 (1 page) |
| | Attachments:<br>NDO and Subpoena |
| Serial (GJ) 6 | Subpoena for Parler (1 page) |
| | Attachments:<br>NDO and Subpoena |
| Serial (GJ) 7 | Subpoena for Amazon (1 page) |
| | Attachments:<br>NDO and Subpoena |
| Serial (GJ) 8 | Subpoena for ARC (1 page) |
| | Attachments:<br>Subpoena<br>ARC Response |
| Serial (GJ) 9 | Facebook Subpoena response received (1 page) |
| | Attachments:<br>Two Responses - PDF (5 pages) and PDF (7 pages)<br>Certifications<br>Two .zip files with weblinks to account and folder of linked media |
| Serial (GJ) 10 | (1 page) |
| | Attachments: |
| | Zip file containing records for XXX-XXX-6750, including 7 PDFs, 11 Excel Sheets |
| Serial (GJ) 11 | Google |
| | Attachments:<br>.zip file containing records, including chrome link to account<br>Response and Certificate of Authenticity (3 pages) |
| Serial (GJ) 12 | ARC response received (1 page) |
| | Attachments: |

|  |  |
|---|---|
|  | Response, declaration, excel sheet of results |
| Serial (GJ) 13 | Parler response received (1 page) |
|  | Attachments:<br>Response |
| Serial (GJ) 14 | GiveSendGo response received (1 page) |
|  | Attachments:<br>Certified mail receipt, NDO and subpoena, excel sheet of results |
| Serial (GJ) 15 | Amazon response received (1 page) |
|  | Attachments:<br>Response |
| Serial 1 | Tip received (1 page) |
| Serial 2 | Criminal History Check (1 page) |
| Serial 3 | Tip received (1 page) |
| Serial 4 | Preservation request (1 page) |
|  | Attachment:<br>Preservation request received |
| Serial 5 | Open source checks (1 page) |
| Serial 6 | Interview of tipster (2 pages) |
| Serial 7 | Preliminary records checks (5 pages) |
| Serial 8 | Interview of A.W. (1 page) |
| Serial 9 | (1 page) |
| Serial 10 | Social media review (1 page) |
| Serial 12 | Article regarding Proud Boys (3 pages) |
|  | Attachments:<br>Article, GiveSendGo information |

| | |
|---|---|
| Serial 14 | Opening investigation (6 pages) |
| | Attachments: Photos (5) |
| Serial 15 | Tip received (1 page) |
| Serial 16 | Records checks (1 page) |
| Serial 17 | Local police reports (1 page) |
| | Attachment: Police report (5 pages) |
| Serial 18 | Surveillance (1 page) |
| | Attachments: Vehicle information – two PDFs (2 pages) |
| Serial 20 | Third party Twitter post regarding Willden (1 page |
| | Attachments: Two photos from Twitter account |
| Serial 21 | YouTube review (1 page) |
| Serial 22 | YouTube review (1 page) |
| Serial 23 | Records checks (2 pages) |
| Serial 24 | CCTV Review (1 page) |
| Serial 25 | Publicly available information regarding Willden's involvement on January 6, 2021 (7 pages) |
| | Attachments: Collection of publicly available records (two separate documents totaling 6 pages) |
| Serial 27 | Open source checks (2 pages) |
| Serial 28 | Phone query for XXX-XXX-6750 (1 page) |

| Serial 29 | (1 page) |
|---|---|
| Serial 30 | (1 page) |
| Serial 31 | Surveillance (1 page) |
| Serial 32 | Surveillance (1 page) |
| Serial 33 | Surveillance (3 pages) |
| Serial 34 | Google preservation (1 page) |
| Serial 36 | Verizon preservation (1 page) <br><br> Attachment: <br> Preservation request letter |

**On or about July 26, 2021, the following items were uploaded to USAfx:**

| Facebook Video | From K.B. (Third Party) [HS] |
|---|---|
| Capitol Building CCTV | 0686 USCH 02 Rotunda Door Interior[HS] <br> 0959 USC 02 Rotunda South[HS] <br> 0960 USC 02 Rotunda North[HS] <br> 7029 USCS 02 Rotunda Door Interior[HS] <br> 7029 USCS 02 Rotunda Door Interior[HS] <br> 7216 USCH 02 Rotunda Lobby East Stairs[HS] |

**On or about July 18, 2021, the following items were uploaded to USAfx:**

| Rule 41 Search Warrant | Affidavit (44 pages) <br> Residential Warrant (7 pages) <br> Vehicle Warrant (7 pages) <br> Telephone Warrant (7 pages) <br> Sealing Order (1 page) |
|---|---|

**On or about July 10, 2021, the following items were uploaded to USAfx:**

| Police Reports | February Report (5 pages) <br> February through May Reports (40 pages) |
|---|---|

| | |
|---|---|
| FBI 302 | Witness Identification of Willden |
| YouTube Video | Hunting Insurrectionists Nigrotime |

**On or about June 3, 2021, the following items were uploaded to USAfx:**

| | |
|---|---|
| Facebook Account | A.W. (123 pages) Willden (54 pages) |

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

        Sincerely,

        CHANNING D. PHILLIPS
        Acting United States Attorney

By:   */s/ Angela N. Buckner*
      ANGELA N. BUCKNER
      Assistant United States Attorney
      D.C. Bar No. 1022880
      United States Attorney's Office
      555 4th Street, N.W.
      Washington, DC 20530
      Phone: 202-252-2656
      Email: angela.buckner@usdoj.gov