HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, Bar #322095
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
RICKY C. WILLDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:21-CR-00423 RC |
| Plaintiff, | APPEARANCE OF COUNSEL OF RECORD AND *CHANGE* IN DESIGNATION OF COUNSEL FOR SERVICE |
| vs. | |
| RICKY C. WILLDEN, | |
| Defendant. | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule 44.5, and the Criminal Justice Act Plan, I confirm my appearance as counsel of record in this case for RICKY WILLDEN, and designate counsel for service as follows:

> GRIFFIN ESTES
> Assistant Federal Defender
> 2300 Tulare Street, Suite 330
> Fresno, CA 93721-2226
> Telephone: (559) 487-5561

Former counsel for service was Matthew Lemke.

I hereby certify that I am an attorney permitted to practice in this Court pursuant to Local Rule 83.2(e) or (f) and Local Rule 44.1(e).

Dated:  January 27, 2022

> /s/      *Griffin Estes*
> GRIFFIN ESTES
> Assistant Federal Defender
> Attorney for Defendant
> RICKY C. WILLDEN

Appearance and Designation of Counsel                 -1-