# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 21-CR-423 (RC) |
| : | |
| **RICKY C. WILLDEN** : | |
| : | |
| **Defendant.** : | |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Mr. Willden, through counsel, jointly move the Court to continue the status conference scheduled for February 17, 2022 to April 27, 2022. The continuance is requested for several reasons. First, undersigned defense counsel has recently substituted into the case and requires time to review the discovery in the case. Second, discovery in this matter is voluminous and disclosure efforts are on-going. Defense counsel is in the process of gaining access to Relativity, the discovery sharing tool. While Mr. Willden has been provided with the bulk of evidence related specifically to his case, he awaits discovery from the government regarding the larger January 6 investigation. Lastly, the government has extended a plea offer, and the parties are exploring a pre-trial disposition.

Accordingly, the parties request that this status hearing be continued to a later date. The parties have consulted with each other, as well as the Court's Courtroom Deputy, and have selected April 27, 2022 at 10:00 a.m. as a date and time that might be amenable to the Court's schedule. Counsel for the defendant does not oppose this motion and further consents to the exclusion of the Speedy Trial Act for the reasons stated herein.

|  |  |
|---|---|
|  | Respectfully submitted,<br>MATTHEW M. GRAVES<br>Acting United States Attorney<br>D.C. Bar No. 481052 |
| Date: February 2, 2022 | */s/ Angela N. Buckner*<br>ANGELA N. BUCKNER<br>Assistant United States Attorney<br>D.C. Bar No. 1022880<br>United States Attorney's Office<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>Angela.Buckner@usdoj.gov<br>(202) 252-2656 |
|  | HEATHER E. WILLIAMS<br><br>Federal Defender<br>Eastern District of California |
| Date: February 2, 2022 | */s/ Griffin Estes*<br>GRIFFIN ESTES<br>Assistant Federal Defender<br>Attorney for Defendant<br>RICKY WILLDEN<br>CA Bar # 322095<br>Office of the Federal Defender<br>2300 Tulare Street, Suite 330<br>Fresno, CA  93721<br>griffin_estes@fd.org (559) 487-5561 |