# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Case No. 21-CR-423 (RC) |
| RICKY C. WILLDEN : | |
| Defendant. : | |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Motion to Continue Status Conference, and finding good cause shown, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the status conference currently scheduled for February 17, 2022, at 12:00 p.m. is VACATED; and it is further

ORDERED that the status conference is reset to April 27, 2022, at 10:00 a.m.

DATE: _____

_____
RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE