UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.:  21-423 (RC) |
| : | |
| RICKY C. WILLDEN, : | |
| : | |
| Defendant. : | |

### ORDER

In accordance with the oral rulings issued by the Court at the hearing held on this date via videoconference, it is hereby **ORDERED** that the defendant shall be held without bond and must self-surrender to the facility at 2500 Tulare Street, Fresno, CA 93721, no later than 5:00 p.m. local time on April 7, 2022.  The defendant shall comply with current pretrial release conditions until he self-surrenders.  If the defendant fails to self-surrender, the Court will issue a warrant for his arrest.

**SO ORDERED.**

Dated:  04/07/2022

RUDOLPH CONTRERAS
United States District Judge