Dear Judge Contreras,

My name is Kathryn Handly Pombo and I am retired due to being disabled.  Christopher is my youngest son so I've been blessed to know him his whole life. The things that most stand out to me with Chris is his loyalty to his family and friends.  Chris is the kind of son and friend that would do anything for you in a time of need. He's very talented in the respect there aren't to many things he can't figure out.

Chris is very passionate about many things which is why i believe we are here today. But i would like everyone to understand how much this has affected Chris's life and how much he's lost because of this.  He's lost his wife and children and many friends and has turned to things that have only made things worse. I truly believe Chris needs things like counseling and treatment not Jail time.  Thank you so much for taking the time to listen to Chris's family and friends.


Sincerely
Kathryn Handly-Pombo

**EXHIBIT A**

Valerie Willden


July 7, 2022

Vinnie Lee, Investigator
Office of the Federal Defender
2300 Tulare Street #330
Fresno, CA 93721

Dear Vinnie Lee and Whom It May Concern:

  My grandson, Ricky Christopher Willden, is incarcerated in the Fresno County Jail on alleged federal offenses for participation in the January 6, 2022 protest in Washington, D.C.
  I would like to tell you about Chris. Chris got a rough start in life. His mother was a mere child of 19 when she gave birth to her third child. His father was never in the picture as he was the same age. His parents were immature, uneducated and totally unprepared for raising children.
  As a child, Chris was bright, athletic and full of energy. He was unable to capitalize on his athletic abilities due to his father's refusal to pay child support and the poverty of his mother. Chris and his siblings suffered because their mother became involved in partying and substance abuse and was often not available to care for him and his older brother and sister. All of the children were left to their own devices much of the time. Both sets of grandparents tried to help; one set of grandparents in Chowchilla, CA did as much as possible when the children were small. Christopher helped his grandpa in his almond orchard during the

**EXHIBIT B-1**

summers as he got older. He sometimes went to church with his grandmother when he was around her. The other set (my husband and I) lived in Victor, ID. Chris loved coming to the ranch to visit us during his early summers. He was a standout as far as his ambitious nature. He loved to work and do physical things. While at our ranch Chris changed irrigation pipes, cleaned stalls, helped doctor cows and calves, mowed the lawn, and was always the first one to volunteer for a task. Chris enjoyed riding horses and helping his cowboy grandpa at whatever he was doing. My memories of early Chis was of a sweet, respectful and eager young man who wanted to please.

  As the children got older, they were not often allowed to come to visit us anymore. They helped their maternal grandfather in his orchard some, but they moved around frequently to Madera, different addresses in Chowchilla, and over on the coast. There were always "roommates" and friends of their mother who were not good examples. We didn't know how bad their situations were until many years later when they told us.

  When Chris was about nine his mother decided to tell him he was not a Willden: he was the product of a short lived affair. He was devastated of course. Such a heartbreaking and unnecessary thing to have foisted on a young child. At the same time Kathy tried to convince the possible father that Chis was his. The man reportedly told her he didn't care whether or not the child was his, it would make no difference as he would not recognize him. So now Chris had to live with the rejection of two "fathers" in his life as well as the on again off again relationships his mother had with other men. Chris never had a birthday party. He never had the opportunities to play sports that kids did. He did play football for a short time but he kept repeatedly dislocating his shoulder and could not continue.

  By age twelve Chris was a street kid. There were never standards or restrictions, curfews, encouragement or the things children need to grow up feeling valued, loved, connected and happy. At age fourteen he went to live with his father? (Ricky

**EXHIBIT B-2**

Willden) in Spokane, WA.  They didn't get along well.  Ricky suffered from a TBI and was strict, moody and not understanding of what Chris had been through.  Chris had trouble relating to Ricky's mood swings and quick temper.  He went to school there but ended up dropping out.  Again he was lost, a street kid.  His companions were of every race and just as lost as he was.  Although Chris admitted to doing things that he wasn't proud of, such as taking drugs, etc. he never had a run in with the law.

When he was eighteen he fell in love with Amanda, who became pregnant and had a baby boy at nineteen.  Chris and Amanda lived together and Chris was determined that his son, Christien, not grow up as he had.  Christien was a difficult baby and Amanda decided she would like to go to work and Chris would raise the baby.  She went to school and became a paralegal and was always able to support them.  At age two Christien was nonvocal, hyperactive and diagnosed with severe autism.  His father and mother, young as they were, vowed that he would somehow live up to his potential.  Both of them researched autism (about which very little was known) and could not accept that their son would be handicapped his entire life as was the prognosis.  Chris found various programs in their area near Deer Park WA to possibly help their son, but most of them gave Christien little chance of living a normal life, of having friends or learning in school.   Chris was told that his child would probably never be welcome in a regular classroom, graduate high school, go to college, or hold a job.

At about the same time, Chris and his nuclear family suffered a terrible tragedy.  Jeremy, the older brother Christopher adored, was killed in a tragic traffic accident while working as a tow truck driver, leaving a young wife and two baby girls.  It was a huge blow to Chris and his sister.  At the funeral, I still vividly recall Chris chasing his little boy around outside the church and wondering what was wrong.  He did not seem normal at all.

Searching for answers to help their son progress, Chris spearheaded most of the research since he was the main caregiver at the time.  He came upon a new and controversial approach:  a

**EXHIBIT B-3**

diet designed especially for autistic children by a woman with an autistic daughter.  Within weeks some autistic kids became verbal, and their behaviors were greatly modified and normalized.  He visited with the woman and the doctors who confirmed the successes and the young parents decided to try it.  It was a very controlled diet.  Only "clean" foods, no additives or preservatives, no GMO and the foods could only be purchased from health food stores using careful label reading to make sure that they complied.  No dairy, no soda, no regular potato chips, no French fries, no sugar or candy, ice cream or regular snack foods, etc.  No artificial colors or regular cereal.  It was expensive and very restrictive but Christien's behavior and attention span improved.  Within two weeks on the special diet, Christien began to use a few words to communicate.  Within four weeks he was speaking in short sentences. Chris continued to help at his son's special education classes for speech and language, behavior modification, etc daily.  Both teachers and parents found Chris to be likeable, dedicated, patient and helpful.  Chris and Amanda and their child's doctors were amazed and delighted by the positive changes in the little boy. Chris and Amanda began to advocate for the autistic and spread the word of their boy's remarkable improvement to heartbroken parents.

 Chris is a devoted husband and father who loves both of his boys (Jeramiah was born when Christien was six) and encourages them to do well.  Jeramiah is very athletic and Chris always took him to practices and attended games.  Christien attended regular classes and graduated from high school with excellent grades.  He went on to attend a year at Fresno State College, where he had friends and enjoyed college life.  He interrupted his studies to work for a couple of years.  He is a highly intelligent young man.  His mother recently moved the family back to Washington State, where she has family.

 I know my grandson, Christopher Willden, as a loving, thoughtful, caring man.  He always calls to see how I am and if I need anything, since I am a widow.  He makes time to come help

**EXHIBIT B-4**

me on my little ranch since I'm 75 and there are many things I can no longer do.  Two years ago in September he brought Jeremiah (Christien was working at his job) and they spent several days doing "man" things like pruning, cleaning up things that needed to go to the dump, grading with the backhoe, etc.  During that time Jeremiah celebrated his birthday.  He used the money I gave him to buy an American flag with a blue stripe, which he explained is in support of the police.  We took time to go on a night horseback ride to listen to the elk bugle.  My place is always spic and span when they leave.

   I know that his shoulder and back injury has caused his a lot of pain and my guess is that while using opiates to be able to live and work, he became addicted.  I am not sure of his part, if any, in the events of January 6, 2021.  It's hard to believe because Chris bleeds red, white, and blue, so if he did wrong, I'm sure it was because he felt with all his heart that what he was doing was right.  Perhaps drugs had something to do with it.  He is not a violent man.

    Christopher Willden is a good man, a family man who is heartsick that his marriage has fallen apart.  He was a successful insurance agent and businessman who often did yard work on the side.  ***Chris Willden is a patriot** and has taught his boys to love their country.  He has never condoned violence of any kind as far as I know.*

    My hope is that he will be allowed to complete a good drug rehabilitation program during his incarceration and be allowed to work as he serves.  I hope that he does not have access to any drugs in jail.  I have heard that it's very difficult to prevent that.

    Thank you for giving me the chance to testify in Chris' behalf.

    He was a sweet, respectful and kind boy and grew up to become a respectful, law abiding and kind man.

Sincerely,

Valerie Willden

**EXHIBIT B-5**

Dear Judge Contreras,

My name is Susan Willden Ricky Christopher Willdens Step Mother.  I married Ricky Sr. when Chris was around 8 years old. My late husband and I lived in Deer Park WA, so we were limited to seeing the kids in CA about once a year.  My husband loved his kids, but he also struggled with Depression, aggression and mood swings due to TBI and recreational drug use.

I am a retired pharmacy technician  from  Deaconess Hospital Spokane WA. Years ago when Chris was a freshman in Highschool he came to live with Rick and I in Deer Park WA. Due to my rigid work schedule I did not spend a lot of time with Chris, but he was always respectful towards me. Rick and Chris enjoyed each other for a time doing father and son like activities like fishing, but their shared interests of smoking pot and taking pills ended that relationship when my husband kicked Chris out on the streets at 16 years of age. Chris stayed local for about 10 years raising a family with his highschool sweetheart. Although I didn't spend a lot of time with the family I saw the  effort the kids put into raising their sons. Chris bought his first  home right out of H.S, Amanda went to paralegal school and they always seem to have their life together.

In recent years 2016 I spent time with Chris and his family while on vacation in CA. He was extremely pleasant, and offered to drive me around the Bass Lake mountains. I truly enjoyed his company. He brought his wife and boys to my hotel room and they all seemed happy. Chris and his family paid me a visit and WA a few years ago, and although I did notice that he was rummaging through my medicine cabinet all else seemed normal.

From the time I have spent with Chris I can't imagine any of this. Storming the capitol, losing his family it all seems surreal. He has been a father and husband for so long that I just know his heart is breaking without them. I have to imagine the loss of his estranged father, and his grandfather in such a short period of time had to really affect Chris. In his father's will, he left his Daughter and son 1 penny each and the rest of his belongings to his favorite waitress. Chris puts on a brave face, but we all have a breaking point.

All of this is out of character. His family and his country mean the world to him. Whether it be drugs, trauma, pain, crisis I know Chris is struggling with more than these legal troubles. I pray that you are able to take all of this into consideration.

I know that his sons would like to see their father complete a Drug & Alcohol Treatment Program before allowing him back into their lives. I would love to see that for him as well.  If there is a way to get him into a program as part of his sentencing I know  this would restore the great man we all know.

Thank you for your time and consideration

Susan Willden

███████████████

**EXHIBIT C**

Dear Judge Contreras,

My name is Kelly Marie Ross and I am Ricky Christoper Willdensolder sister. I am the wife of Esq. Tomas Joseph Ross, and mother to two beautiful children.  I currently work as a patient care coordinator for a medical laser center. As Ricky's older sister I have known him his entire life, but we didn't always live under the same roof. During our teen years I lived with my paternal grandmother in CA. While Chris lived in  Washington state with our biological father Ricky and Susan Willden

In our younger years Chris and I spent a lot of time together. We were what you would consider Latchkey kids. As young as 5 years old Ricky and I would ride bikes to the embarcadero, hike, or just explore. Every summer for about 5 years we stayed with our paternal grandparents on their ranch in Idaho running wild and free. We had an extremely tumultuous homelife, yet Chris and I seemed to use our love for nature as an outlet.  As we grew older that free spirit/lack of discipline really affected the areas of our life that lead to success in school, sports, and career. We were distracted with friendships, popularity and early access to drugs and alcohol at a very young age.

Despite not having  a lot of guidance  Ricky, and his wife would rise to the occasion when their 1st born son was diagnosed with Autism. I admire how quickly  they stepped in holistically to help heal their oldest son at any cost. Despite their successes in life Ricky's moods range from happy go lucky to agitated/confrontational. With the unresolved childhood trauma and drug misuse Ricky's mental health and overall well being has suffered. In 2018  we lost our father  to suicide, then our grandfather a year later. Within 2 months of burying our grandfather/father figure Covid-19 shelter in place shut down Ricky's insurance business. In the midths of the pandemic Ricky was introduced to the Proud Boys Brotherhood that took him by storm. Within 6 months Chris found himself on the steps of the Whitehouse standing for something that he didn't really understand.

The man who will be standing in front of you is a shell of the person I know. He has lost his home, his wife of over 20 years, all of his belongings, extending family/friends, his business and worst of all the relationship he had with his children.  Although I do not support his choices on January 6th 2021 from what I understand he believed his participation to be noble and patriotic. He was addicted to Meth in a way that I have never witnessed in person. When speaking to my brother after New Years 2021 he spoke of the government officials being some kind of Extraterrestrial beings. In the days following his return from WA I personally witnessed Ricky's body involuntarily convulsing and he was in a state of psychosis. I'm not a Doctor, but it seems that he was in a severe state of delusion/psychosis during that trip.

**EXHIBIT D-1**

I want it to be known that I'm not writing to you in support of my brother's actions, nor do I think that storming our nation's capital to be noble or patriotic. Everyone involved should have consequences for their actions. In a conversation with Ricky before his trip he explained that  He had lost his faith in our country, and in mankind. It was the saddest conversation that I have ever had with anyone. I told him that A man without faith has nothing, and now he will stand before you with little to nothing.

It is my  hope that you will consider court ordered Drug and Alcohol Treatment for Ricky as part of his sentencing. I'm praying that your mercy will help my brother to improve his physical, emotional, mental health and in some way restore his faith.

Thank you for your consideration

Kelly Marie Ross (Willden)

**EXHIBIT D-2**

*Hon. Rudolph Contreras*

*United States District Court Judge*

*U.S. District Court for the District of Columbia 333 Constitution N.W.*

*Washington, D.C. 20001*

Dear Judge Contreras,

My name is Courtney Montoya. I am a Mortgage Loan Coordinator in Bakersfield, CA. I am Chris Willden's niece. I have known my uncle as long as I have been alive, 24 years. Due to this fact, he has been present for most of my big moments: middle school graduation, high school graduation, many of my birthdays, and even more holidays. These events always felt more special when the whole family came together, including my uncle Chris.

My uncle is many things, he is confident, brave, assertive, loyal, and captivative. I have always admired my uncle for these traits because it was all the things I was not growing up. In many ways, he taught me to be more like that. I think he had this effect on the people around as well. He made people feel comfortable and was quick to lend a helping hand, and invest his time to be a part of our lives. Anyone you ask cannot deny that he was present. Not just present out of obligation but present out of desire. I remember for my middle school graduation he drove two and a half hours to come to sit in the blazing sun for hours, to then drive more to a my graduation party, and stay until extremely late before driving home. All for what I would consider a small event in my life. It is these kinds of things that really spoke to his character and made a great impact on me.

It is not just me that he made an impact on, it is his kids as well. I specifically remember staying the night at his house during a Christmas break many years ago and, of course, we all woke up early for the holiday fun. But what really stuck out to me was that the first thing my uncle did was hug both of his boys to say "good morning." Coming from not the most

**EXHIBIT E-1**

affectionate family I thought that was the most odd thing at the time, but the older I got the more I admired the family he built. It is this impact and presence on his family that I admire the most and I think he deserves the chance to redeem this side of him and reconcile with his children.

Respectfully,

*Courtney Montoya*

**EXHIBIT E-2**