

TEEN CHALLENGE          MONTEREY BAY

*A NEW WAY OF LIFE FOR MEN, WOMEN AND CHILDREN*

July 27, 2022

Re: Mr. Ricky Willden-DOB 

To whom it may concern,

This letter is to confirm Mr. Ricky Willden could be accepted as a student at Teen Challenge Monterey Bay Induction Program and can be admitted immediately to participate and complete the Residential Treatment program here based on the information below. There is no charge for our program. **He will need to be court mandated to complete the program , if he is going back to court he must bring a copy of this order with him.** If you are incarcerated, getting someone to contact us may be required to figure out how these things will be done. We also require contact information for Probation/Parole. **If the student is taking psychological medications he must get a doctor's note stating it is ok for him to not take them here, or a letter from your Doctor with specific instructions regarding weaning off dosage. Also, we do not facilitate any person convicted of rape, sex crime against children like pedophiles or child molestation. Convictions for any other sex crime must have the approval of our Executive Director. If you are a sex offender you must call or get someone to call us to discuss if it is possible for you to be here.** *Everyone else should contact TCMB Crisis Center before you arrive* in order to secure a bed. During Induction there will be a minimum of 30-45 days in Crisis before proceeding to the next phase. During this time he will be on a total BLACK-OUT: i.e. no phone calls, mail, visitation or weekend pass. Any questions about what is listed above please contact me

Teen Challenge Monterey Bay is a recovery focused Christian discipleship program committed to helping men and women with life controlling issues. We are a <u>minimum</u> 13 month residential program. Completion is based on how well students do. An intake application can be filled out when student gets here, after completion students may stay on if they wish. Students in the program will attend life skills classes, work the "Twelve Steps" with a counselor, participate in work therapy, and serve in the community. We desire to give every student an opportunity at a new life in Jesus Christ.

If you need any additional information regarding Please contact us at (831) 724-9576

Sincerely,

Fredrick Burnes
Crisis Center Supervisor

**P.S.  New news!  You will need a recent Covid-19 test with the results before entering the program for all of our safety.**

**EXHIBIT G**