UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICKY C. WILLDEN,<br><br>      Defendant. | Case No. 21-CR-423-RC |

### NOTICE OF FILING SENTENCING EXHIBIT

Pursuant to the Court's August 1, 2022 Minute Order, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits the attached exhibit, the most up-to-date version of the cumulative sentencing chart the government has submitted in past January 6 cases.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar Number 481052

By:    */s/ Angela N. Buckner*
        Angela N. Buckner
        DC Bar #1022880
        Assistant United States Attorney
        United States Attorney's Office
        601 D Street, N.W.
        Washington, DC 20530
        Phone: (202) 252-2656