LEAVE TO FILE GRANTED
*[signature]* 8/1/2022

July 15, 2022

The Honorable Rudolph Contreras
U.S. District Court, District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Subj: August 5, 2022 Sentencing of Ricky Willden, 21-cr-0423

Dear Judge Contreras:

I am writing via the United States Attorney in the case of Proud Boy Ricky Willden (21-cr-0423) to urge the highest possible sentencing in his case, due to the harms he caused to local communities throughout 2020, and finally in Washington, DC on January 6, 2021.

Mr. Willden's attorney, Griffin Estes, told a local newspaper on June 15, 2022 that "Our hope is to show the judge how Mr. Willden's difficult life experiences led to his conduct on that day, and to obtain the most compassionate sentence we can."[1]

I respectfully disagree with Mr. Estes' view that Willden deserves a compassionate sentence. I have requested the U.S. Attorney forward the attached documents to you for consideration in Mr. Willden's sentencing. They document Willden's extremist activities over time, leading to his significant role in breaching the U.S. Capitol on January 6, 2021.

As a retired Coast Guard veteran of 25 years service I undertook to document Mr. Willden's activities because I firmly believe in upholding the oath I took to support and defend the U.S. Constitution from all enemies, including the Proud Boys.

Regardless of Willden's plea, he deserves little thanks from the U.S. government for trying to destroy it by force as part of a seditious conspiracy. I urge you to impose a sentence at the highest range of your guidelines, in recognition of Willden's part in committing one of the highest crimes against the United States.

Sincerely,

*s/Joseph Connolly*

---

[1] See "Fresno-area man takes plea deal for assault on Capitol, attorney confirms. Now What?" at https://www.fresnobee.com/news/local/crime/article262529267.html.